Richards, Appellant, v. Schuylkill County.

Argued April 22, 1960. Before Jones, C. J., Bell, Musmanno, Jones, Cohen, Bok and Eagen, JJ.

*Charles L. Frank,* for appellant.

*John H. Thomas,* with him *Ralph M. Bashore,* County Solicitor, for appellee.

OPINION PER CURIAM, May 23, 1960:

The judgment is affirmed on the opinion of the late President Judge CYRUS M. PALMER, of the court below.